Jon A. Stenquist, ISB No. 6724
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
900 Pier View Drive Suite 206
Post Office Box 51505
Idaho Falls, Idaho 83405
Telephone (208) 522-6700
Facsimile (208) 522-5111
jas@moffatt.com
25160.0000

Attorneys for KC Kuttler

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>GAYLENE ANDERSON,<br><br>                Debtor. | Case No. 13-41558-JDP<br>Chapter 13 |

**STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 AND MODIFICATION OF PLAN TREATMENT**

COME NOW KC Kuttler ("Kuttler"), the Chapter 13 trustee, Kathleen A. McCallister (the "Trustee"), and Gaylene Anderson ("Debtor"), by and through their respective counsel of record, and submit this Stipulation Regarding Motion for Relief from the Automatic Stay (the "Stipulation").

**I. RECITALS**

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code (CR 1) on December 18, 2013 (the "Petition Date").

2. Debtor filed an Amended Chapter 13 Plan (CR 37) ("Plan") on or about February 6, 2014.

**STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 AND MODIFICATION OF PLAN TREATMENT - 1**   Client:3951189.2

3. The Plan was confirmed by that certain Order Confirming Chapter 13 Plan filed 2/6/14 Docket No, 37 and Granting Related Motions (CR 47) ("Confirmation Order") on March 14, 2014.

4. The Plan provides for monthly payments from Debtor to Kuttler of $96.04. *See* Plan, at Section 6.1.

5. Since entry of the Confirmation Order, Debtor has made no payments to Kuttler, and has failed to make any payments to Kuttler from May 15, 2014, to the present with exception of a payment received by Kuttler on November 3, 2014, in the amount of $100.00.

6. Kuttler filed his Motion for Relief from the Automatic Stay, 11 U.S.C. § 362 ("Motion") (CR 55) on or about August 6, 2015.

7. Debtor filed her Objection to the Motion on August 26, 2015. *See* CR 58.

8. A preliminary hearing on the Motion occurred on September 15, 2015.

9. Kuttler is a secured creditor with a perfected Deed of Trust in certain real property located at 15 2nd St., Declo, Idaho (the "Real Property"), owned by Debtor, and more particularly described in the Deed of Trust. *See* CR 55, Ex. B.

10. Debtor is in default on the Indebtedness owed to Kuttler for failure to remit payments to Kuttler when due pursuant to the terms of the Plan and Amended Promissory Note ("Note"). *See* CR 55, Ex. A.

11. The Parties wish to resolve the stay relief issues that exist as to Debtor's default on her obligations to Kuttler and the ensuing Motion.

## II.    THE SETTLEMENT

NOW THEREFORE, in consideration of the mutual covenants contained herein, the above-referenced parties do hereby stipulate and agree as follows:

**STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 AND MODIFICATION OF PLAN TREATMENT - 2**  Client:3951189.2

1. All of the recitations stated above are hereby incorporated by reference.

2. Kuttler's indebtedness, as outlined in its Proof of Claim No. 8. ("Indebtedness") is fully secured and is collateralized by a valid and perfected first priority deed of trust in the Real Property.

3. Kuttler is entitled to relief from the automatic stay of 11 U.S.C. § 362, for cause.

4. Debtor wishes to bring current her payments to Kuttler pursuant to the Note.

5. As of September 30, 2015, Debtor has paid to Kuttler $1,844.56 to bring her payments current under the Plan. Debtor's next monthly payment to Kuttler is due November 5, 2015.

6. Effective November 5, 2015, Debtor shall make monthly payments to Kuttler of $115. Such payments shall be due and payable monthly on the 5th day of the month. Monthly payments shall continue thereafter on the 5th day of each month until completion of Debtor's Plan. Interest shall continue to accrue on Debtor's obligation to Kuttler as set forth in the Note at 10%.

7. Payment for all taxes, insurance, and principal and interest shall be escrowed with TitleOne Corporation, Escrow Agent, P.O. Box 177, Burley, Idaho 83318.

8. Upon Debtor's completion of her Plan, in approximately 43 months, $500 of the Debtor's current Plan payments of $619.35 shall be redirected to Kuttler until the Note is paid in full.

9. Debtor shall pay to Kuttler $5,500 for attorney's fees and costs incurred by Kuttler during the pendency of the above-captioned bankruptcy, including legal fees

**STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 AND MODIFICATION OF PLAN TREATMENT - 3**     Client:3951189.2

necessarily incurred by Kuttler to bring the Motion and otherwise enforce Debtor's compliance with the terms of the Plan.

10. Of the $5,500 in attorney's fees and costs, on or before October 30, 2015, Debtor shall be pay $1,000 to Kuttler.

11. The remaining $4,500 in attorney's fees and costs shall be added to the balance due under the Note.

12. The parties agree that an escrow account shall be established at TitleOne Corporation in Burley, Idaho ("Escrow Account"). Effective November 5, 2015, Debtor shall make her Plan payments to Kuttler via the Escrow Account.

13. Debtor agrees to timely execute and deliver to TitleOne all documents necessary to facilitate establishment or maintenance of the Escrow Account.

14. If Debtor defaults upon the terms of the Note or the Plan, including but not limited to (1) Debtor's failure to timely remit payments to Kuttler pursuant to the terms of the Note and Plan; and/or (2) Debtor's failure to timely remit all Trustee payments, the parties agree that the automatic stay of 11 U.S.C. Section 362 shall immediately terminate without further notice, including notice to Debtor, without further order, or a hearing thereon.

15. Debtor hereby waives any and all claims she may have or hold as to Kuttler, his successors and assigns.

16. Immediately upon termination of the automatic stay, the fourteen (14) day period prescribed by Bankruptcy Rule 4001(a)(3) shall be waived and Kuttler may proceed to initiate foreclosure upon the Real Property.

17. Based on the foregoing, the parties respectfully request the Court enter an order approving this Stipulation.

**STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 AND MODIFICATION OF PLAN TREATMENT - 4**     Client:3951189.2

DATED this 20th day of October, 2015.

                MOFFATT, THOMAS, BARRETT, ROCK &
                FIELDS, CHARTERED

                By_____
                Jon A. Stenquist – Of the Firm
                Attorneys for KC Kuttler

DATED this 19 day of October, 2015.

                ROBINSON & TRIBE

                By_____
                Michael P. Tribe – Of the Firm
                Attorneys for the Debtor

DATED this ____ day of October, 2015.

                CHAPTER 13 TRUSTEE

                By_____
                Kathleen A. McCallister – Of the Firm
                Chapter 13 Trustee

DATED this ____ day of October, 2015.

        MOFFATT, THOMAS, BARRETT, ROCK &
        FIELDS, CHARTERED

        By_____
         Jon A. Stenquist – Of the Firm
         Attorneys for KC Kuttler

DATED this ____ day of October, 2015.

        ROBINSON & TRIBE

        By_____
         Michael P. Tribe – Of the Firm
         Attorneys for the Debtor

DATED this 19th day of October, 2015.

        CHAPTER 13 TRUSTEE

        By_____
         Kathleen A. McCallister – Of the Firm
         Chapter 13 Trustee

**STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC
STAY, 11 U.S.C. § 362 AND MODIFICATION OF PLAN TREATMENT - 5** Client:3951189.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of October, 2015, I filed the foregoing **STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 AND MODIFICATION OF PLAN TREATMENT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Steven William Boyce**
sboyce@justlawidaho.com
sknueppel@smithbanks.net

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Kathleen A. McCallister**
kam@kam13trustee.com
kmccallister13@ecf.epiqsystems.com

**Michael P. Tribe**
mpt@idlawfirm.com
bcl@idlawfirm.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 AND MODIFICATION OF PLAN TREATMENT** on the following non-CM/ECF Registered Participants in the manner indicated:

All creditors on the attached creditor mailing matrix.

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Gaylene Anderson
John R. Anderson
1002 East 300 North
Declo, ID 83323

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Cassia County Treasurer
1459 Overland Avenue, Room 102
Burley, ID 83318

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

_____
Jon A. Stenquist

**STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 AND MODIFICATION OF PLAN TREATMENT - 6**   Client:3951189.2

```
Label Matrix for local noticing          Action Collection Service          American InfoSource LP as agent for
0976-8                                    1325 S Vista Ave                  DIRECTV, LLC
Case 13-41558-JDP                         Boise, ID 83705-2533              Mail Station N387
District of Idaho [LIVE]                                                    2230 E Imperial Hwy
Twin Falls                                                                  El Segundo, CA 90245-3504
Tue Oct 20 10:09:17 MDT 2015

Gaylene Anderson                          Ashley Funding Services, LLC its successors    Barclays Bank Delaware
1002 East 300 North                       assigns as assignee of Laboratory              Attn: Bankruptcy
Declo, ID 83323-5001                      Corporation of America Holdings                P.O. Box 8801
                                          Resurgent Capital Services                     Wilmington, DE 19899-8801
                                          PO Box 10587
                                          Greenville, SC 29603-0587

Steven William Boyce                      Bureaus Investment Group Portfolio No 15 LLC   Burley Irrigation District
POB 50271                                 c/o Recovery Management Systems Corp           246 East 100 South
Idaho Falls, ID 83405-0271                25 SE 2nd Avenue Suite 1120                    Burley, Idaho 83318-5444
                                          Miami FL 33131-1605


Burley Irrigation District                Cassia County Tax Collector       Credit Bureau of Rupert
c/o Paul Arrington                        1459 Overland Avenue, Room 102    P.O. Box 574
195 River Vista Place, Suite 204          Burley, Idaho 83318-1862          Rupert, Idaho 83350-0574
Twin Falls, ID 83301-3189


Financial Mgmt Services                   GECRB/JC Penney                   GEMB/Walmart
4915 S Union Ave                          Attention: Bankruptcy             Attn: Bankruptcy
Tulsa, OK 74107-7839                      P.O. Box 103104                   P.O. Box 103104
                                          Roswell, GA 30076-9104            Roswell, GA 30076-9104


Idaho Collection Bureau                   Idaho State Tax Commission        Internal Revenue Service
P.O. Box 576                              Bankruptcy Division               Centralized Insolvency Dept.
Twin Falls, Idaho 83303-0576              P.O. Box 36                       P.O. Box 7346
                                          Boise, Idaho 83722-0036           Philadelphia, PA 19101-7346


Internal Revenue Service                  KC Kuttler                        KC Kuttler
Insolvency Division                       c/o Jon A. Stenquist              Moffatt Thomas Barrett Rock & Fields
550 West Fort Street, Ste 300             P.O. Box 51505                    c/o Jon A. Stenquist
Boise, Idaho 83724-0105                   Idaho Falls, Idaho 83405-1505     P.O. Box 51505
                                                                            900 Pier View Dr., Ste. 206
                                                                            Idaho Falls, ID 83402-4972

Kathleen A. McCallister                   Minidoka Memorial Hospital        Nco Financial
POB 1150                                  1224 8th Street                   Attn: Bankruptcy
Meridian, ID 83680-1150                   Rupert, Idaho 83350-1599          507 Prudential Rd
                                                                            Horsham, PA 19044-2368


(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Quantum3 Group LLC as agent for   Receivables Performance
PO BOX 41067                              MOMA Funding LLC                  20816 44th Ave W
NORFOLK VA 23541-1067                     PO Box 788                        Lynnwood, WA 98036-7744
                                          Kirkland, WA 98083-0788


Selene Finance LP                         Selene Finance LP as servicer     St Lukes Magic Valley
9990 Richmond Ave Ste 40                  for SRMOF II 2012-1 Trust         PO Box 409
Houston, TX 77042-8500                    P.O. Box 422039                   Twin Falls, ID 83303-0409
                                          Houston, TX 77242-4239
```

| | | |
|---|---|---|
| St. Luke's Clinic<br>P.O. Box 587<br>Twin Falls, Idaho 83303-0587 | Statewide Collection<br>311 5th Ave N<br>Twin Falls, ID 83301-5943 | Jon A Stenquist<br>Moffatt Thomas Barrett Rock & Fields<br>420 Memorial Drive<br>P.O. Box 51505<br>Idaho Falls, ID 83405-1505 |
| Michael P Tribe<br>Robinson, Anthon & Tribe<br>P.O. Box 396<br>Rupert, ID 83350-0396 | DS Trustee<br>Washington Group Central Plaza<br>720 Park Blvd, Ste 220<br>Boise, ID 83712-7785 | William L. Bishop<br>Bishop, White, Marshall<br>720 Olive Way, Suite 1201<br>Seattle, WA 98101-3809 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Kathleen A. McCallister
POB 1150
Meridian, ID 83680-1150

(u)Selene Finance LP as servicer for SRMOF II

End of Label Matrix
Mailable recipients    35
Bypassed recipients     2
Total                  37